UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
DEC 03 2010
Clerk, U.S. District and
Bankruptcy Courts

IN RE
JACQUELINE ANN CONYERS : Chapter 13 Case No.: 08-00745

TRUSTEE'S REPORT OF UNCLAIMED FUNDS PURSUANT TO
11 U.S.C. §347(a) AND BANKRUPTCY RULE 3011

Comes now Cynthia A. Niklas, Esquire, Chapter 13 Trustee, and pursuant to 11 U.S.C. §347(a) and Bankruptcy Rule 3011, reports that the following debtor refund checks have been mailed and returned by the post office as unable to forward and have therefore been cancelled:

Jacqueline Ann Conyers      09/10 check #323363
POB 6933                    amount $145.25
Washington, DC  20032

Jacqueline Ann Conyers      reissued: 10/10 check #323803
825 Marjorie Court SE       amount $145.25
Washington, DC  20032

The Trustee accordingly requests that check #324253 in the amount of $145.25, payable to the Clerk, U.S. Bankruptcy Court representing said unclaimed funds be deposited into the Registry of the Court and disposed of under 28 U.S.C. §129.

/s/ Cynthia A. Niklas, Esq.
Cynthia A. Niklas #193367
Chapter 13 Trustee
4545 42nd ST NW #211
Washington, DC 20016-4623

CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2010, a copy of the foregoing Report of Unclaimed Funds was mailed, postage prepaid, to said payee at the above-stated addresses.

/s/ Cynthia A. Niklas, Esq.
Cynthia A. Niklas